IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*DOCKETED*
*NOV 3 0 2001*

EMMANUAL ALEJANDRO AGUILAR, )
LAURA DIAZ, FRANCISCO DIAZ, )
GUALBERTO LOPEZ, ARMANDO OROZCO, )
ENRIQUE PUENTE, and JULIAN MERCEO )
CASTILLO QUIRENO, on behalf of themselves )
and all other Plaintiffs similarly situated )
known and unknown, )

**01C 9162**

        Plaintiffs, )

**JUDGE GRADY**

    v. )
               )

OPPORTUNITIES UNLIMITED and )
DAVID SCROGGINS, individually **MAGISTRATE JUDGE ASHMAN**
               )

        Defendants. )

FILED-ED4
01 NOV 29 PM 2: 52
CLERK
U.S. DISTRICT COURT

## COMPLAINT

NOW COME Plaintiffs, EMMANUAL ALEJANDRO AGUILAR, LAURA DIAZ,

FRANCISCO DIAZ, GUALBERTO LOPEZ, ARMANDO OROZCO, ENRIQUE PUENTE,

and JULIAN MERCEO CASTILLO QUIRENO on behalf of themselves and all other

Plaintiffs similarly situated, by and through their attorney, JOHN W. BILLHORN, and

for their Complaint against Defendants, OPPORTUNITIES UNLIMITED and DAVID

SCROGGINS, individually, states as follows:

## I.    NATURE OF ACTION

1. This action is brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et*

*seq.*, and the Portal-to-Portal Act, 29 U.S.C. §251 *et. seq.*

## II.    JURISDICTION AND VENUE

2. Jurisdiction arises under the provisions of the Fair Labor Standards Act, 29

U.S.C. §§ 206, 207, the Portal-to-Portal Act, 29 U.S.C. §251 et seq., and 28 U.S.C. §1331.

Venue lies in the Northern District of Illinois in that Plaintiffs are residents of this

district and Defendants are engaged in business in this district.

III. **PARTIES**

    3. Defendants, OPPORTUNITIES UNLIMITED and DAVID SCROGGINS, individually, (hereinafter "Defendants") are engaged in the business of rehabbing and general construction of primarily Section 8 housing.

    4. Plaintiffs, (hereinafter "the named Plaintiffs") and all other unnamed Plaintiffs of the class, known and unknown (hereinafter referred to as "members of the Plaintiff Class") are either present or past hourly employees of Defendants.

IV. **CLASS ALLEGATIONS**

    5. Pursuant to 29 U.S.C. §216(b), this action may be maintained by the Plaintiff Class, or by anyone for and on behalf of himself and other Plaintiffs similarly situated, who have been damaged by Defendants' failure to comply with 29 U.S.C. §201 *et. seq.* and §251 *et. seq.*

    6. All past and present employees of Defendants are similarly situated to the named Plaintiffs in that Defendants have applied its compensation policy, which violates the FLSA, on a Company-wide basis. All past and present employees, like the named Plaintiffs herein, were and are engaged in job duties and responsibilities integral and indispensable to the operation of Defendants' business, and all have been and/or are presently denied overtime compensation as required by the F.L.S.A.

    7. For all members of the Plaintiff Class to become fully aware of their right to join this cause of action, a certain period of time as determined by this Court is necessary to send notice to the entire Plaintiff Class, as well as certain additional time for those members to file consent forms with this Court as provided by 29 U.S.C. §216(b).

    8. Pursuant to Title 29 USC § 216(b), the Court shall, in addition to any judgment awarded the Plaintiff Class, allow reasonable attorneys' fees and costs of the action to be paid by Defendants.

9.   In order to bring this cause of action, it has been necessary for the named Plaintiffs, and will become necessary for the other members of the Plaintiff Class, to employ attorneys to secure any judgment due them with regard to back overtime compensation.

## V.   FACTUAL ALLEGATIONS

10. The named Plaintiffs, and all other members of the Plaintiff Class, known and unknown, at all times pertinent to the cause of action, were or are employed by Defendants, said employment being integral and indispensable to Defendant's business. However, Defendants have at all times designated and treated its employees as independent contractors, despite the fact that the relationship between the named Plaintiffs, and other members of the Plaintiff class, establish a bona fide employee/employer relationship.

11. As a result of the improper designation as independent contractors, as described above, Defendants have, both in the past and presently, employed members of the Plaintiff Class, including the named Plaintiffs, in excess of forty (40) hours in a workweek, but have failed to pay those individuals at a rate of time and one-half their regular hourly rate, pursuant to the requirements of the F.L.S.A., and has failed to pay employees at all for certain hours worked.

## COUNT I

## VIOLATION OF FAIR LABOR STANDARDS ACT

1-11. Paragraphs 1 through 11 are realleged and incorporated as though set forth fully herein as paragraphs 1 through 11 of Count I.

12. Pursuant to Fair Labor Standards Act, 29 U.S.C. §201 *et. seq.*, and the Portal-to-Portal Act 29 U.S.C. §251 *et. seq.*, the named Plaintiffs, and all other Plaintiffs similarly situated, known and unknown, are entitled to compensation for all hours worked and at a rate not less than one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week during the two (2) years preceding the filing of this action.

13. Defendants have at all times relevant hereto failed and refused to pay compensation to its employees, including Plaintiffs' herein, for all hours worked and at the rate of one and one-half their regular hourly wage rate for hours worked over forty (40) in a work week, all as required by the F.L.S.A.

14. Defendants' failure to pay compensation at the rate of one and one-half for all hours worked over forty (40) in a work week, and the failure to pay certain employees for all hours worked are violations of the Fair Labor Standards Act.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully requests this Court to enter an order as follows:

A.    Awarding back pay equal to the amount of all unpaid compensation for all hours worked, and overtime compensation for the two (2) years preceding the filing of this Complaint, according to the applicable statute of limitations;

B.    Awarding prejudgment interest with respect to the total amount of unpaid compensation for all hours worked and overtime compensation;

C.    Awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendants' violation of the Fair Labor Standards Act; and

D.    For such additional relief as the Court deems appropriate under the circumstances.

4

## COUNT II

## WILLFUL VIOLATION OF THE FAIR LABOR STANDARDS ACT

1-11. Paragraphs 1 through 11 of Count I are realleged and incorporated as though set forth fully herein as Paragraphs 1 through 11 of Count II.

12. Defendants have, both in the past and presently, willfully failed to pay the named Plaintiffs and members of the Plaintiff Class for all hours worked and for work weeks in excess of forty (40) hours per week at a rate equal to one-half times their regular rate of pay, despite the fact that Defendants knew, or should have known, of the requirements of the Fair Labor Standards Act.

13. Defendants continue a pattern of deliberate, voluntary, intentional, and willful violation of the Fair Labor Standards Act.

14. Pursuant to the Fair Labor Standards Act, Plaintiffs, and all other employees similarly situated, past or present, are entitled to compensation for all hours worked and at a rate not less than one and one-half times their regular rate of pay for all the hours worked in excess of forty (40) in any given week in three (3) years preceding the filing of this complaint.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully requests this Court to enter an order as follows:

A. Awarding back pay equal to the amount of all unpaid compensation for all hours worked and overtime compensation for one (1) additional year, totaling three (3) years preceding the filing of this Complaint;

B. Awarding prejudgment interest with respect to the amount of unpaid compensation for all hours worked and overtime compensation;

C. Awarding Plaintiffs' reasonable attorneys' fees and Court costs incurred as a result of Defendants' violation of the Fair Labor Standards Act; and

D. For such additional relief as the Court deems appropriate under the circumstances.

## COUNT III

## LIQUIDATED DAMAGES

1-11. Paragraphs 1 through 11 of Count I are re-alleged and incorporated as though set forth fully herein as Paragraphs 1 through 11 of Count II.

12. In denying Plaintiffs and members of the Plaintiff Class compensation for all hours worked and at a rate of one and one-half for hours worked over forty (40) in a workweek, Defendants' acts were not based upon good faith or reasonable grounds.

13. The named Plaintiffs and all other past and present employees similarly situated, known and unknown, are entitled to liquidated damages equal to the amount of unpaid compensation for all hours worked and overtime compensation, pursuant to 29 U.S.C. §260.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully request this Court to enter an order as follows:

A. Awarding liquidated damages equal to the amount of all unpaid compensation for hours worked and overtime compensation;

B. Awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendants' violation of the Fair Labor Standards Act; and

C. For such additional relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

John W. Billhorn, attorney for Plaintiffs, and all other Plaintiffs similarly situated, known or unknown.

John W. Billhorn
BILLHORN LAW FIRM
100 N. La Salle Street
Suite 1910
Chicago, Illinois 60602
(312) 201-0911

6

# *CONSENT TO BE PARTY PLAINTIFF*

This agreement, entered into on this 18 day of November, 2001

between Emmanuel Alejandro Aguilar (Client) and John W. Billhorn,

(Attorney), hereby authorizes and engages the Law Offices of John W.

Billhorn to pursue back wages and other relief against

Opportunites Unlimited , and by his/her signature below,

Emmanuel Alejandro Aguilar, hereby consents to be a party Plaintiff in said

law suit.


Emmanuel Alejandro Aguilar-Espinoza

## CLIENT'S NAME

# CONSENTIMIENTO PARA SER PARTE EN LA DEMANDA

Por medio de este acuerdo realizado el día __*18*__ del mes de

__*Noviembre*__, del año __*01*__, entre __*Emmanuel Alejandro Aguilar*__(Cliente) y

John W. Billhorn, (Abogado), se emplea y autoriza los servicios de

las oficinas de Law Offices of John W. Billhorn para recuperar sueldos

devengados al igual que cualquier otra compensación en contra de

__*Opportunites Unlimited*__. Al firmar este documento el Sr./Sra.

__*Emmanuel Alejandro Aguilar*__, consiente ser parte demandante en dicho asunto

a tratar.


__*Emmanuel Alejandro Aguilar Espinosa.*__

CLIENTS NAME

# CONSENT TO BE PARTY PLAINTIFF

This agreement, entered into on this 18 day of _Nov_ , 2001 between _Julan Merceo Castillo Q._ (Client) and John W. Billhorn, (Attorney), hereby authorizes and engages the Law Offices of John W. Billhorn to pursue back wages and other relief against _Oportumbades sin limite_ , and by his/her signature below, _Julian Merceo Castillo Q._, hereby consents to be a party Plaintiff in said law suit.

_Julian Merceo Castillo Q._

CLIENT'S NAME

# CONSENTIMIENTO PARA SER PARTE EN LA DEMANDA

Por medio de este acuerdo realizado el día __18__ del mes de __NOV.__ del año __2001__, entre __JUUAN M. C. Q.__ (Cliente) y John W. Billhorn, (Abogado), se emplea y autoriza los servicios de las oficinas de Law Offices of John W. Billhorn para recuperar sueldos devengados al igual que cualquier otra compensación en contra de __Oportunidades sin limite.__ Al firmar este documento el Sr./Sra. __Juuan Merceo Castillo Q.__, consiente ser parte demandante en dicho asunto a tratar.

__Juuan Merceo Castillo Quireno__

CLIENTS NAME

# CONSENT TO BE PARTY

# PLAINTIFF

This agreement, entered into on this _18_ day of _Novembre_, 2001

between _R. Laura Diaz M._ (Client) and John W. Billhorn,

(Attorney), hereby authorizes and engages the Law Offices of John W.

Billhorn to pursue back wages and other relief against

_Opportunities Unlimited_, and by his/her signature below,

_R. Laura Diaz_, hereby consents to be a party Plaintiff in said

law suit.

_____

CLIENT'S NAME

# CONSENTIMIENTO PARA SER PARTE EN LA DEMANDA

Por medio de este acuerdo realizado el día _18_ del mes de _(dieciocho)_

_Noviembre_, del año _2001_, entre _R. Laura Díaz_. (Cliente) y

John W. Billhorn, (Abogado), se emplea y autoriza los servicios de

las oficinas de Law Offices of John W. Billhorn para recuperar sueldos

devengados al igual que cualquier otra compensación en contra de

_Opportunities Unlimited_  Al firmar este documento el Sr./Sra.

_R. Laura Díaz_, consiente ser parte demandante en dicho asunto

a tratar.

_____

CLIENTS NAME

# CONSENT TO BE PARTY PLAINTIFF

This agreement, entered into on this 18 day of Nov. , 2001

between Francisco Diaz. (Client) and John W. Billhorn,

(Attorney), hereby authorizes and engages the Law Offices of John W.

Billhorn to pursue back wages and other relief against

Opportunities Unlimited , and by his/her signature below,

Pipw Diaz C. , hereby consents to be a party Plaintiff in said

law suit.

Francisco Diaz.

## CLIENT'S NAME

# CONSENTIMIENTO PARA SER PARTE EN LA DEMANDA

Por medio de este acuerdo realizado el día ___18___ del mes de ___Noviembre___ del año ___2001___, entre ___Francisco Díaz___ (Cliente) y John W. Billhorn, (Abogado), se emplea y autoriza los servicios de las oficinas de Law Offices of John W. Billhorn para recuperar sueldos devengados al igual que cualquier otra compensación en contra de ___Opportunities Unlimeted___ Al firmar este documento el Sr./Sra. ___Pufu Diaz C___, consiente ser parte demandante en dicho asunto a tratar.

___Francisco Díaz.___

**CLIENTS NAME**

# CONSENT TO BE PARTY

# PLAINTIFF

This agreement, entered into on this 18 day of NOVEMBER 2001 between _Gualberto López_ (Client) and John W. Billhorn, (Attorney), hereby authorizes and engages the Law Offices of John W. Billhorn to pursue back wages and other relief against _opportunities Unlimited_, and by his/her signature below, _Gualberto López_, hereby consents to be a party Plaintiff in said law suit.

_Gualberto López_

## CLIENT'S NAME

# CONSENTIMIENTO PARA SER PARTE EN LA DEMANDA

Por medio de este acuerdo realizado el día _18_ del mes de _Noviembre_ del año _2001_ , entre _Gualberto López_ (Cliente) y John W. Billhorn, (Abogado), se emplea y autoriza los servicios de las oficinas de Law Offices of John W. Billhorn para recuperar sueldos devengados al igual que cualquier otra compensación en contra de _Opportunities Unlimited_ Al firmar este documento el Sr./Sra. _Gualberto López_ , consiente ser parte demandante en dicho asunto a tratar.

_Gualberto López_

CLIENTS NAME

# CONSENT TO BE PARTY

# PLAINTIFF

This agreement, entered into on this _19_ day of _Nov._, 2001 between _Armando Orozco_ (Client) and John W. Billhorn, (Attorney), hereby authorizes and engages the Law Offices of John W. Billhorn to pursue back wages and other relief against _Opportunities Unlimited_, and by his/her signature below, _Armando Orozco_, hereby consents to be a party Plaintiff in said law suit.

_Armando Orozco_

CLIENT'S NAME

# CONSENTIMIENTO PARA SER PARTE EN LA <u>DEMANDA</u>

Por medio de este acuerdo realizado el día _1*8*_ del mes de

_Nov._ , del año _2001_ , entre _Armando Orozco_ (Cliente) y

John W. Billhorn, (Abogado), se emplea y autoriza los servicios de

las oficinas de Law Offices of John W. Billhorn para recuperar sueldos

devengados al igual que cualquier otra compensación en contra de

_opportnities unlimited_ Al firmar este documento el Sr./Sra.

_Armando Orozco_, consiente ser parte demandante en dicho asunto

a tratar.


_Armando Orozco_

CLIENTS NAME

# CONSENT TO BE PARTY PLAINTIFF

This agreement, entered into on this 18 day of Noviembre, 2001 between Enrique Puente M (Client) and John W. Billhorn, (Attorney), hereby authorizes and engages the Law Offices of John W. Billhorn to pursue back wages and other relief against Opportunities unlimited , and by his/her signature below, _Puente_ , hereby consents to be a party Plaintiff in said law suit.

Enrique Puente M

**CLIENT'S NAME**

# CONSENTIMIENTO PARA SER PARTE EN LA DEMANDA

Por medio de este acuerdo realizado el día __18__ del mes de

__Noviembre__, del año __2001__, entre __Enrique Puente M__ (Cliente) y

John W. Billhorn, (Abogado), se emplea y autoriza los servicios de

las oficinas de Law Offices of John W. Billhorn para recuperar sueldos

devengados al igual que cualquier otra compensación en contra de

__Opportnitties Unlimited__ Al firmar este documento el Sr./Sra.

_____, consiente ser parte demandante en dicho asunto

a tratar.



__Enrique Puente M.__

CLIENTS NAME

JS 44
(Rev. 07/89)

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

Emmanual Alejandro Aguilar, et al.,

**DEFENDANTS**

01C 9162

Opportunities Unlimited and David
Scroggins, individually

DOCKETED

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    **Cook**
(EXCEPT IN U.S. PLAINTIFF CASES)

JUDGE GRADY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Cook  NOV 3 0 2001
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

John W. Billhorn
BILLHORN LAW FIRM
100 N. La Salle - Suite 1910
Chicago, IL 60602

MAGISTRATE JUDGE ASHMAN

ATTORNEYS (IF KNOWN)

Unknown

FILED-ED4
01 NOV 29 PM 2: ?
CLERK U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION**  (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**  (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION**  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Cause is brought pursuant to the Fair Labor Standards Act, 29 USC
Section 210 et. seq. Failure to pay overtime.

**V. NATURE OF SUIT**  (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN**  (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $
**TO BE DETERMINED**

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. REMARKS**  In response to _____ is not a refiling of a previously dismissed action
General Rule 2.21D(2) this case _____ is a refiling of case number _____ of Judge _____

DATE  11/29/01

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**

NOV 3 0 2001

*In the Matter of*

Emmanual Alejandro Aguilar, et. al.

V

Opportunities Unlimited and
David Scroggins, individually

**01C  9162**  Case Number

*APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED ATTORNEY(S) FOR:*

### PLAINTIFF

JUDGE GRADY

MAGISTRATE JUDGE ASHMAN

| (A) | | | (B) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME **JOHN W. BILLHORN** | | | NAME | | |
| FIRM **BILLHORN LAW FIRM** | | | FIRM | | |
| STREET ADDRESS **100 NORTH LASALLE ST. Suite 1910** | | | STREET ADDRESS | | |
| CITY/STATE/ZIP **CHICAGO, IL 60602** | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER **312-201-0911** | | | TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER **ARDC # 6196946** | | | IDENTIFICATION NUMBER | | |
| MEMBER OF TRIAL BAR | Yes | X | Member of Trial Bar | Yes | |
| | No | | | No | |
| TRIAL ATTORNEY | Yes | X | TRIAL ATTORNEY | Yes | |
| | No | | | No | |
| | | | DESIGNATED AS LOCAL COUNSEL? | Yes | |
| | | | | No | |

| (C) | | | (D) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME | | | NAME | | |
| FIRM | | | FIRM | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY/STATE/ZIP | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | | TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER | | | IDENTIFICATION NUMBER | | |
| MEMBER OF TRIAL BAR? | Yes | | MEMBER OF TRIAL BAR? | Yes | |
| | No | | | No | |
| TRIAL ATTORNEY? | Yes | | TRIAL ATTORNEY? | Yes | |
| | No | | | No | |
| DESIGNATED AS LOCAL COUNSEL? | Yes | | DESIGNATED AS LOCAL COUNSEL? | Yes | |
| | No | | | No | |